IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH ZIELINSKI, individually and as trustee for next-of-kin of ROBERT ZIELINSKI, deceased**,<br><br>*Plaintiff*<br><br>v.<br><br>**MEGA MANUFACTURING, INC., et al.**,<br><br>*Defendants* | Case No. 2:18-cv-05113-JDW |

### ORDER

**AND NOW**, this 9th day of October, 2020, upon consideration of the Motion for Summary Judgment of Defendant Econo Lift Limited (ECF No. 53) and Defendant Econo Mega Manufacturing, Inc.'s Motion for Summary Judgment (ECF No. 54), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Econo Lift's Motion (ECF No. 53) is **GRANTED**;

2. Mega Manufacturing's Motion (ECF No. 54) is **GRANTED**; and

3. On or before October 16, 2020, Mega Manufacturing may submit a Memorandum, not to exceed five (5) pages, explaining why the Court should not enter summary judgment in Econo Lift Limited's favor on Mega Manufacturing's crossclaim for contribution and/or common law indemnification, pursuant to Fed. R. Civ. P. 56(f)(1), given the analysis in the Court's Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
United States District Judge